**FILED**

06/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0307



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0307

IN RE THE MARRIAGE OF:

JOSHUA ARNOLD BACON,

      Petitioner and Appellant,

                                   **ORDER OF MEDIATOR APPOINTMENT**

  and

EMILY ANN BACON,

      Respondent and Appellee.

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Elizabeth Brenneman,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this June 28, 2022.

                                                          _____

                                   Bowen Greenwood, Clerk of the Supreme Court

c:     David B. Gallik, Robyn L. Weber, Elizabeth Brenneman